**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

FILED - CLERK
U.S. DISTRICT COURT

05 JUN -6 AM 11: 07

TX EASTERN - BEAUMONT

BY _____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 1:04-CV-770** |
| | § | |
| **$17,620.00 IN UNITED STATES** | § | |
| **CURRENCY AND/OR COIN, MORE OR** | § | |
| **LESS, WITH ALL ACCUMULATED** | § | |
| **INTEREST THEREON** | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court heretofore ordered that this matter be referred to the Honorable Earl S. Hines,

United States Magistrate Judge for pretrial proceedings under Standing Referral Order 93-11.

The court has received and considered the Report of the United States Magistrate Judge pursuant

to such order, along with the record, pleadings and all available evidence.

The magistrate judge recommended that the court grant the parties' motions pursuant to

settlement and enter the consent decree as a final judgment.

The court has considered the magistrate judge's report. Accordingly, the report of the

magistrate judge is **ADOPTED**. Orders granting the parties' motions pursuant to settlement and

final judgment will be entered separately.

SIGNED this ___3d___ day of ___June___, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE